# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CHARLES PUGH, *et al.* | : |
| On their Own Behalf and on Behalf of All Others Similarly Situated, | : |
| Plaintiffs, | : Civil Action No. 8:22-cv-00617-PX |
| v. | : |
| CIOX HEALTH, LLC | : |
| Defendant. | : |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Charles Pugh, Veronica Stewart and Narvell Nines, pursuant to *Fed.R.Civ.P.* 41(a)(1)(A)(i), hereby voluntarily dismiss the above captioned action without prejudice as to the Defendant Ciox Health, LLC.

Respectfully Submitted,

/s/ Richard S. Gordon
_____
Richard S. Gordon, Fed. Bar No. 06882
rgordon@GWCfirm.com
GORDON, WOLF & CARNEY, CHTD.
11350 McCormick Road
EP 1, Suite 1000
Baltimore, Maryland 21031
(410) 825-2300
(410) 825-0066 (fax)

Charles A. Gilman, Fed. Bar No. 26435
cgilman@gblegalteam.com
Lauren M. Geisser, Fed. Bar No. 29190
lgeisser@gblegalteam.com
GILMAN & BEDIGIAN, LLC
1954 Greenspring Drive, Suite 250
Timonium, MD 21093

(410) 560-4999
(410) 308-3116 (fax)

*Attorneys for Plaintiffs*